UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE GONZALEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-01578-NONE-BAM<br><br>**ORDER GRANTING LENORE ALBERT'S REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 35) |

　　　　On April 16, 2021, the Court held a hearing on the Order to Show Cause and the request of Lenore Albert to represent defendants in this action.  The Court directed Plaintiff to file any supplemental briefing related to the pending United States Bankruptcy Court proceeding and request for temporary restraining order no later than April 23, 2021.  Additionally, the Court indicated that if Ms. Albert required additional time to submit the relevant supplemental briefing, then she could file a request for an extension of time supported by good cause.  (Doc. 34.)

　　　　On April 23, 2021, Ms. Albert filed a request for a one-week extension of time to file her supplemental brief.  Ms. Albert indicates that additional time is needed because the California State Bar "has not yet finished reversing course and reinstating the license." (Doc. 35 at 1.)  Ms. Albert also indicates that the reporter's transcript from the temporary restraining order hearing is not yet prepared.  (*Id.* at 2.)

1

Having considered Ms. Albert's submission, and good cause appearing, the request for a one-week extension of time to file her supplemental briefing is HEREBY GRANTED. Ms. Albert shall file her relevant supplemental briefing on or before **Monday, May 3, 2021**. Any further request for an extension of time must be supported by good cause.

IT IS SO ORDERED.

Dated:  **April 26, 2021**              /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE