UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE GONZALEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-01578-NONE-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc.16)<br><br>**ORDER DENYING REQUEST FOR PERMISSION TO PROCEED AS COUNSEL FOR DEFENDANTS AS MOOT**<br><br>(Doc. 15)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

Plaintiff George Avalos initiated this action on November 9, 2020. (Doc. 1.) On February 19, 2021, Defendants Pritam S. Grewal, Manjeet K. Grewal and Dev. S. Grewal, through counsel identified as Lenore L. Albert (SBN 210876) and Leslie Westmoreland (SBN 195188), filed an answer to the Complaint. (Doc. 14.)

On March 3, 2021, Ms. Albert submitted a request seeking permission from this Court "to proceed in representing the Defendants in [this] action with Attorney Leslie Westmoreland as co-counsel." (Doc. 15 at 3.) Ms. Albert reported that she had two State Bar of California orders of suspension, and the State Bar had not reinstated her license. (*Id.* at 2.)

1

On March 5, 2021, the Court issued an order for Lenore Albert to show cause why her request for admission to this Court should not be denied on the basis that she was not authorized to practice law in the State of California. The Court directed Ms. Albert to file a written response to the order within fourteen (14) days following service. Additionally, the Court directed Ms. Albert to appear remotely at a hearing on the show cause order on April 6, 2021, at 9:00 a.m. before the undersigned. (Doc. 16.) The Court ultimately continued the hearing to April 16, 2021. (Docs. 19, 32.)

Ms. Albert submitted written responses to the Court's show cause order and appeared for the show cause hearing on April 16, 2021. (Docs. 17, 22-31, 33, 34.) Subsequent to the hearing, and as permitted by the Court, Ms. Albert filed supplemental briefing related to her pending United States Bankruptcy Court proceeding. (Docs. 37, 38.) Attached to Plaintiff's supplemental briefing, filed on May 5, 2021, is a letter from the State Bar *of California*, Office of General Counsel, also dated May 5, 2021, and addressed to the Supreme Court of California. (Doc. 38 at 5.) According to the letter, the State Bar placed Ms. Albert's law license on active status at approximately 1:30 PM on May 5, 2021. (*Id.*) Based on Ms. Albert's return to active status and reinstatement of her law license by the State Bar, the show cause order is no longer necessary and is HEREBY DISCHARGED.

Additionally, due to her reinstatement and return to active status, Ms. Albert's request for permission to proceed as counsel in this action while on inactive status is no longer essential. Accordingly, within ten (10) days of the date of this Order, Ms. Albert shall complete the process for readmission to and continuing membership in the Bar of this Court pursuant to Local Rule 180(a). Subject to completion of that process, Ms. Albert's request for permission to proceed before this Court is DENIED as moot. Ms. Albert is reminded of her obligation pursuant to Local Rule 184 to promptly notify the Court of any disciplinary action or any change in status in any jurisdiction that would make her ineligible for membership in the Bar of this Court or ineligible to practice in this Court. L.R. 184(b).

In light of the foregoing, the Scheduling Conference in this matter is HEREBY RESET for **June 16, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A.**

**McAuliffe**.  At least one (1) full week prior to the conference, the parties shall file a Joint Scheduling Report.  The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **May 12, 2021**              /s/ *Barbara A. McAuliffe*            
                                         UNITED STATES MAGISTRATE JUDGE