# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | Case No. 1:20-cv-01578-NONE-BAM |
| Plaintiffs, | ORDER VACATING SEPTEMBER 3, 2021 SETTLEMENT CONFERENCE |
| v. | |
| FELIPE GONZALEZ, et al., | |
| Defendant. | |

This action has been referred to the undersigned for a settlement conference and a settlement conference is currently set for September 3, 2021, at 9:30 a.m. in Courtroom 9 before the undersigned. (ECF Nos. 45, 46.) On July 29, 2021, a notice suggesting the death of Plaintiff was filed. (ECF No. 47.) On July 30, 2021, Magistrate Judge Barbara A. McAuliffe issued a minute order requiring the parties to notify the Court in writing no later than August 16, 2021, if the settlement conference should proceed pending any substitution. (ECF No. 48.) No response to the minute order has been filed from the parties and no motion for substitution has been filed. The Court shall vacate the settlement conference at this time.

///

///

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that the settlement conference currently set for
2  September 3, 2021 ,at 9:30 a.m. in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated:  **August 24, 2021**

UNITED STATES MAGISTRATE JUDGE