Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200, Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308
Attorneys for Plaintiff: GEORGE AVALOS

Lenore L. Albert, Esq. SBN 210876*
**LAW OFFICE OF LENORE ALBERT**
31872 Joshua Dr #22C, Trabuco Canyon, CA 92679
Telephone (424) 365-0741
Email: lenorealbert@msn.com
Leslie Westmoreland, Esq. SBN 195188
**LAW OFFICE OF LESLIE W. WESTMORELAND**
1606 East Griffith Way PO Box 5137 , CA 93755-5137
Phone: (559) 970-6053
Email: LeslieWW1@gmail.com

Attorneys for Defendant: PRITAM S. GREWAL,
MANJEET K. GREWAL, and DEV S. GREWAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FELIPE GONZALEZ, an individual; PRITAM S. GREWAL, an individual; MANJEET K. GREWAL, an individual; DEV S. GREWAL, an individual; and DOES 1-10, inclusive,<br><br>    Defendants | Case No.: 1:20-cv-01578-NONE-BAM<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: November 9, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff GEORGE AVALOS, ("Plaintiff") and PRITAM S. GREWAL, MANJEET K. GREWAL, and DEV S. GREWAL ("Defendants"), stipulate and jointly request that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 20, 2021     **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   George Avalos

DATED:  September 20, 2021     **LAW OFFICE OF LENORE ALBERT**

By: /s/   *Lenore L. Albert*
   Lenore L. Albert
   Attorneys for Defendanta
    Pritam S. Grewal, Manjeet K. Grewal, and Dev S. Grewal

DATED:  September 20, 2021     **LAW OFFICE OF LESLIE W. WESTMORELAND**

By: /s/   *Leslie W. Westmoreland*
   Leslie W. Westmoreland
   Attorneys for Defendants
    Pritam S. Grewal, Manjeet K. Grewal, and Dev S. Grewal

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 20, 2021          By: /s/ *Joseph R. Manning, Jr.*