1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGE AVALOS, an individual, | Case No. 1:20-cv-01578-NONE-BAM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| FELIPE GONZALEZ, an individual; PRITAM S. GREWAL, an individual; MANJEET K. GREWAL, an individual; DEV S. GREWAL, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff George Avalos ("Plaintiff") and Pritam S. Grewal, Manjeet K. Grewal, and Dev S. Grewal ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE