# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-1578 JLT BAM<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>(Doc 50) |

Following the death of Plaintiff George Avalos, counsel for Plaintiff and all defendants stipulated to dismiss the action without prejudice. (Doc. 50.)  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), an action may be dsimised "without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Although the Court vacated all pending matters following the stipulation, and indicated the action was terminated pursuant to Rule 41 (Doc. 51), the matter was not closed.

Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated:　__**August 5, 2022**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE